■ KENT A. KROEMER, Appellant, v DONNA PENSGEN, Respondent. (Appeal No. 1.) [834 NYS2d 911]—Appeal from an order (denominated judgment) of the Supreme Court, Orleans County (James P. Punch, A.J.), dated October 13, 2005 in a breach of contract action. The order denied plaintiff's motion for an order on an issue of fact.

■ KENT A. KROEMER, Appellant, v DONNA PENSGEN, Respondent. (Appeal No. 2.) [834 NYS2d 912]—Appeal from an order of the Supreme Court, Orleans County (James P. Punch, A.J.), dated February 21, 2006 in a breach of contract action. The order denied plaintiff's motion for leave to reargue.

It is hereby ordered that said appeal be and the same hereby

is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Scudder, P.J., Martoche, Smith, Peradotto and Pine, JJ.